

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SALLY A. GOLDEN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:03-CV-1400 |
| JO ANNE B. BARNHART, | § | |
| **Acting Commissioner of Social Security** | § | |
| **Administration,** | § | |
| *Defendant.* | § | |

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE'S REPORT AND RECOMMENDATION ON ATTORNEY FEES

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the Eastern District of Texas, the Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration. Pending before the Court is *Plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act* [Clerk's doc. #19]. The Magistrate Judge recommended that the Court grant the motion.

The Court has received and considered the *Report and Recommendation* [Clerk's doc. #20] of the Magistrate. The parties have not filed objections.

The Court **ORDERS** that the report of the Magistrate [Clerk's doc. #20] is **ADOPTED** and *Plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act* [Clerk's doc. #19] is **GRANTED**. The Defendant Commissioner is therefore **ORDERED** to pay Jennifer

Fry of Morgan & Weisbrod, counsel for prevailing Plaintiff, an attorney fee in the total amount of **$5,289.45** under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 *et seq.*

It is so ordered.

**SIGNED** this the **18** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge